UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Seroquel XR (Extended Release
Quetiapine Fumarate) Litigation

Lead Case No.: 19-cv-08296 CM

All End-Payor Class Actions

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

The motion of Donna M. Evans for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the Bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

Donna M. Evans
Cohen Milstein Sellers & Toll PLLC
88 Pine St. 14th Floor
New York, NY 10005
Phone 212-838-7797
Fax 212-838-7745
Email devans@cohenmilstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff the Mayor and City Council of Baltimore, Maryland and the Proposed Class in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/7/2020

Honorable Colleen McMahon

1